POWELL <em>v.</em> OLIVER <em>et al.</em>

LUMPKIN, P. J. This case turned upon questions of fact which were fairly submitted to the jury ; none of the instructions given by the court were open to the criticism that there was no evidence upon which to base the same ; and the verdict was fully warranted.

<em>Judgment affirmed. All the Justices concurring.</em>

Argued May 6, — Decided May 24, 1901.

Complaint for land. Before Judge Sheffield. Randolph superior court. January 15, 1901.

*Arthur Gray Powell,* for plaintiff.
*W. D. Kiddoo, A. Hood,* and *W. C. Worrill,* for defendants.